■ In the Matter of CARLTON J. DASENT, an Attorney. [30 NYS3d 595]—

Per Curiam. Carlton J. Dasent was admitted to practice by this Court in 1991. He was previously admitted to practice in Massachusetts in 1981, where he formerly maintained an office for the practice of law.

By judgment entered May 13, 2005, the Massachusetts Supreme Judicial Court for Suffolk County disbarred Dasent based upon charges that he violated various Massachusetts disciplinary and ethical rules by, among other things, misusing, commingling and/or mishandling client funds in two separate matters. Dasent's appeal from that judgment was rejected (*Matter of Dasent*, 446 Mass 1010, 845 NE2d 1133 [2006]). Dasent did not file a copy of the disciplinary order with this Court within 30 days as required by Rules of the Appellate Division, Third Department (22 NYCRR) § 806.19 (b).

The Committee on Professional Standards now moves for an order imposing discipline pursuant to this Court's rules by reason of the discipline imposed in Massachusetts (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.19). Dasent has not replied or otherwise appeared in response to the motion, and has accordingly waived any available defenses (*see Matter of Lewis*, 132 AD3d 1017 [2015]; *Matter of Halbfish*, 78 AD3d 1320, 1321 [2010]).

We grant the Committee's motion and further conclude that, under the circumstances presented and in the interest of justice, Dasent should be disbarred in this state (*see Matter of Hock Loon Yong*, 130 AD3d 1428, 1429 [2015]; *Matter of Felli*, 116 AD3d 1335, 1335 [2014]).

McCarthy, J.P., Egan Jr., Devine, Clark and Mulvey, JJ., concur. Ordered that the motion by the Committee on Professional Standards is granted; and it is further ordered that Carlton J. Dasent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that Carlton J. Dasent is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and Dasent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that Carlton J. Dasent shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.9).